# EXHIBIT 12

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**

| | |
|---|---|
| PATRICK DEAN CUMMINS, <br><br> PLAINTIFF, <br><br> VS. <br><br> U.S. CYBER COMMAND, AND <br> U.S. ARMY CYBER COMMAND <br><br> DEFENDANTS. | CASE NO.: |

**DECLARATION IN SUPPORT OF PLAINTIFF'S COMPLAINT**

I, Adam Michael Zarnowski, declare as follows:

1. I am over the age of eighteen and not a party to this action.

2. I have personal knowledge of the facts stated in this Declaration and, if called to testify, could and would testify competently and under oath to these facts.

3. I served with the Central Intelligence Agency (CIA) as a paramilitary operations officer in the Special Activities Division (SAD) from approximately 2008-2011.

4. Following Russia's invasion of Ukraine, I came to work with an Individual with extensive ties to the National Security Agency (NSA) and the North American Treaty Organization (NATO).

5. Under the Individual's supervision, we monitored the 2024 United States elections for interference and manipulation.

6. Between November 6, 2024 through late December 2024, I relayed information pertaining to election interference between representatives of multiple US Federal agencies, and European and NATO-affiliated allies.

7. I was later informed that this information resulted in an NSA-authorized audit ("Audit") of the November 5, 2024 election data.

8. I was told in a late December 2024 conversation with the Individual I reported to that the Audit revealed irregularities and evidence of intentional, and likely foreign, manipulation.

9. Based on my familiarity with the Audit, I believe U.S. Cyber Command (USCYBERCOM) was directly involved with this Audit, and that U.S. Army Cyber Command (ARCYBER) was also involved in the Audit.

10. It is my understanding that USCYBERCOM and ARCYBER have personnel in Hawaii, and that work on the Audit overlapped with then Vice President Kamala Harris' visit to Hawaii from November 19, 2025 through November 25, 2025.

I declare under penalty of perjury under 28 U.S.C. § 1746 and the laws of the United States of America that the foregoing is true and correct.

By: *Adam M. Zarnowski*,

Adam Michael Zarnowski

Dated: Dec. 8, 2025