# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| **PATRICK D. CUMMINS,**<br><br>    Plaintiff<br><br>    v.<br><br>**U.S. ARMY CYBER COMMAND,** *et al.*,<br><br>    Defendants. | **CASE NO. 2:26-CV-133**<br><br>**Chief Judge Sarah D. Morrison**<br><br>**Magistrate Judge Kimberly Jolson** |

## UNITED STATES' UNOPPOSED MOTION FOR EXTENSION OF TIME

The U.S. Army Cyber Command, U.S. Cyber Command, and National Security Agency (collectively, the "United States") respectfully request a thirty (30) day extension of time, to and including, April 10, 2026, to respond to Plaintiff's Freedom of Information Act ("FOIA") complaint. This matter was filed on February 5, 2026, and was served on the United States Attorney's Office on February 9, 2026. Pursuant to 5 U.S.C. § 552(a)(4)(C), the government currently has thirty (30) days or until March 11, 2026, to answer or otherwise plead in response to this complaint.

This FOIA complaint contains numerous references to potentially highly sensitive government documents, and the United States anticipates that an appropriate response will require significant coordination among the relevant federal government agencies. The United States Attorney's Office has conferred with Federal Programs about this case, and the requested extension is sought, in part, to afford them sufficient time to thoroughly review the allegations, consult and

coordinate with the relevant agencies, and prepare the United States' response. This motion is not intended to delay the action, and Plaintiff does not oppose this motion.

For these reasons, the United States respectfully requests that it be granted thirty (30) additional days to answer or otherwise file a responsive pleading or motion in response to Plaintiff's complaint.

        Respectfully submitted,

        DOMINICK S. GERACE II
        United States Attorney

        s/ *Brandi M. Stewart*
        BRANDI M. STEWART (0082546)
        Assistant United States Attorney
        221 East Fourth Street, Suite 400
        Cincinnati, Ohio 45202
        Phone: (513) 684-3711
        Fax: (513) 684-6385
        Brandi.Stewart@usdoj.gov